UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X

HESS CORPORATION and HOVENSA LLC,

        Plaintiffs,

        -v-

LAND MARINE S.A., MAGNUS CARRIERS
CORPORATION and/or OWNER OF M/T HIGH
LAND, in personam, and M/T HIGH LAND, in rem,

        Defendants.

----------------------------------------------------------------X

JUDGE JONES

**08 CV 2052**

CIVIL ACTION NO.

**RULE 7.1 STATEMENT**

FEB 2 9 2008
U.S.D.C. S.D.N.Y.
CASHIERS

        Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable judges and magistrate judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Plaintiffs, Hess Corporation and Hovensa LLC, certifies that the following are publicly held corporate parents, subsidiaries, or affiliates of plaintiffs: Hess Corporation.

Dated:    New York, New York
            February 29, 2008

                                    HILL, BETTS & NASH LLP
                                    Attorneys for Petitioner

        By:        */s/ James Kleiner*
                            James D. Kleiner (JK-6038)
                            E-mail: jkleiner@hillbetts.com
                            HILL, BETTS & NASH LLP
                            One World Financial Center
                            200 Liberty Street, 26th Floor
                            New York, New York 10281
                            Tel. (212) 839-7000 (switchboard)
                                  (212) 589-7517 (direct)
                            Fax (212) 466-0514

{NY069704.1 }