UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

HESS CORPORATION and HOVENSA LLC,

        Plaintiffs,                      08-CV-2052 (BSJ) (THK)

-v-

LAND MARINE S.A., MAGNUS CARRIERS     **NOTICE OF VOLUNTARY**
CORPORATION and/or OWNER OF M/T HIGH   **DISMISSAL BY ONE OF THE**
LAND, in personam, and M/T HIGH LAND, in rem,        **PLAINTIFFS**

        Defendants.

------------------------------------------------------------X


        Please take notice, there having been no appearance from the defendants, that the above-captioned <u>action as to plaintiff Hovensa LLC only</u> be and hereby is voluntarily dismissed without costs to any party pursuant to Federal Rule of Civil Procedure 41(a)(1).

                                        HILL, BETTS & NASH LLP
                                        Attorneys for Plaintiff, Hovensa LLC

                    By:  _____
                                        James D. Kleiner (JK-6938)
                                        E-mail: jkleiner@hillbetts.com
                                        HILL, BETTS & NASH LLP
                                        One World Financial Center
                                        200 Liberty Street, 26th Floor
                                        New York, New York 10281
                                        Tel. (212) 839-7000 (switchboard)
                                             (212) 589-7517 (direct)
                                        Fax (212) 466-0514

{NY075594.1 }